UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAIMEON MOSLEY,

                      Case Number 18-cv-13402
      Plaintiff,          Honorable Bernard A. Friedman

v.

SAKS FIFTH AVENUE LLC,

      Defendant.
_____/

## ORDER OF VOLUNTARY DISMISSAL

On January 28, 2019, Plaintiff filed a notice of voluntary dismissal of its claims against the defendant [ECF No. 3]. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.

                                      s/Bernard A. Friedman
Dated: January 30, 2019        BERNARD A. FRIEDMAN
Detroit, Michigan            SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 30, 2019.

                                        s/Johnetta M. Curry-Williams
                                        Case Manager